## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VAX-D MEDICAL TECHNOLOGIES, LLC,

    Plaintiff,

v.                                          CASE NO: 8:04-cv-1617-T-26TGW

ALLIED HEALTH MANAGEMENT, LTD., et al.,

    Defendants.
_____/

## **O R D E R**

    Upon due consideration, it is ordered and adjudged that the Motions for Summary Judgment found at dockets 154, 155, 157, 159, and 161 are stricken for counsel's failure to comply with the Court's summary judgment procedures set forth in paragraph 6(b) of the Court's Case Management and Scheduling Order entered September 30, 2004. Counsels' failings in that regard are particularly egregious given the factual complexity of this case. This Court cannot be expected to undertake in a meaningful manner the difficult task of determining the presence or absence of genuine issues of material fact in this highly complex and contentious case without the assistance of counsel acting in good faith in an effort to narrow the factual issues in dispute and to provide *concise* statements of undisputed facts. The Clerk is directed to terminate the motions from pending status.

    It is further ordered and adjudged that Plaintiff's Motion to Sever (Dkt. 160) is likewise denied. The Court determines in that regard that (1) the interests of client and judicial economy

will not be served by severing BPI's counterclaim; (2) Plaintiff's complaint that it is prejudiced because of an inability to undertake discovery is refuted by its recent filing of a motion for summary judgment directed at the counterclaim which clearly indicates to the Court that it is acutely aware of the factual circumstances giving rise to the counterclaim; and (3) any potential prejudice in having one jury hear all the claims can be cured by appropriate instructions.

**DONE AND ORDERED** at Tampa, Florida, on March 15, 2006.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record