**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VAX-D MEDICAL TECHNOLOGIES, LLC,

    Plaintiff,

v.                                                    CASE NO: 8:04-cv-1617-T-26TGW

ALLIED HEALTH MANAGEMENT, LTD., et al.,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendants' Motion for Claim Construction (Dkt. 187) is granted. As noted in a prior order of this Court, the Court will conduct a <u>Markman</u> hearing on Tuesday April 11, 2006, commencing at 9:00 a.m., following which it will render an order construing the claims at issue.

**DONE AND ORDERED** at Tampa, Florida, on April 5, 2006.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record