**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

VAX-D MEDICAL TECHNOLOGIES, L.L.C.,

   Plaintiff,

v.                                                                    CASE NO: 8:04-cv-1617-T-26TGW

ALLIED HEALTH MANAGEMENT, LTD., et al.,

   Defendants.
_____/

## O R D E R

Plaintiff is directed to show cause on or before May 3, 2006, pursuant to Rule 4(m), Federal Rules of Civil Procedure, why the second amended complaint filed December 2, 2005, should not be dismissed without prejudice as to Defendant Texas Spine Medical Center, a Texas Corporation, and Defendant Daniel Boudreau d/b/a Texas Spine Centers, d/b/a Vax-D Center of Dallas, and d/b/a Arkansas Spine Medical Centers, d/b/a Emerald Citi Werks, for failure to effect service of process on these Defendants within 120 days of the filing of the second amended complaint.

**DONE AND ORDERED** at Tampa, Florida, on April 26, 2006.

       s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA
    UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record