# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VAX-D MEDICAL TECHNOLOGIES, LLC,

    Plaintiff,

v.                                                    CASE NO: 8:04-cv-1617-T-26TGW

ALLIED HEALTH MANAGEMENT, LTD.;
BACK PAIN INSTITUTE OF ST. LOUIS,
a/k/a Gilbertson Chiropractic Health Center;
KENNETH GILBERTSON, d/b/a Elite Web
Productions, d/b/a Elite Web Design; AMT
MANUFACTURING, INC., a/k/a W.J. Deacon
Industries, Ltd., a/k/a D&D Industries, a/k/a
Power Products; WILLIAM DEACON;
ST. AUGUSTINE PHYSICIANS ASSOCIATES, INC.,
d/b/a Monahan Chiropractic Medical Clinic;
MONAHAN CHIROPRACTIC MEDICAL
CLINIC, P.A.; CLARK MONAHAN; TEXAS SPINE
MEDICAL CENTER; DANIEL BOUDREAU d/b/a
Texas Spine Medical Center, d/b/a VAX-D Center of
Dallas, d/b/a Arkansas Spine Medical
Centers, d/b/a Emerald Citi Werks,

    Defendants.
_____/

## **O R D E R**

Before the Court is Plaintiff Vax-D's Motion for Entry of Judgment on Damages

and to Tax Costs and Attorneys' Fees Against Defendants Daniel Boudreau and Texas

Spine Medical Center.[1]  (Dkt. 275).  After careful consideration of the Motion and the attachments thereto, the entire file, and the applicable law, the Court concludes the motion should be granted in full.

## Nature of Suit

Defendants Daniel Boudreau (Boudreau) and Texas Spine Medical Center (Texas Spine) failed to respond in any way to the Second Amended Complaint, which was filed on December 2, 2005.  (Dkt. 83).  Against these two Defendants, the Second Amended Complaint alleges patent infringement, trademark infringement, false advertising under the Lanham Act, 15 U.S.C. § 1125(a), and violations of Florida's Unfair and Deceptive Trade Practices Act, sections 501.201-501.213, Florida Statutes.  Plaintiff seeks treble damages under the patent violations for intentional infringement and egregious conduct, 35 U.S.C. § 285, and under the Lanham Act for willful infringement, 15 U.S.C. § 1117(a) and (b).  Attorneys' fees for the prevailing party pursuant to both federal and state statutes are sought.

## Damages

Having reviewed the report of the expert on damages,[2] the Court finds that the damages, before trebled, attributable to Boudreau and Texas Spine amounts to

---

[1] Plaintiff's Motion to File Affidavit of Reasonableness of Attorneys' Fees in paper format was granted by endorsed order on August 20, 2007.  (Dkt. 276).

[2] The report is titled "Report Addendum of Nick P. Cola, CPA, MBA Regarding Damages Sought Against Daniel Boudreau and Texas Spine Medical Center."  (Dkt. 275 at Exh. 1).

$924,486.00 recoverable under the Patent Act, 35 U.S.C. § 284, and $10,062,993.00 recoverable under the Lanham Act, 15 U.S.C. § 1117. The total amount of trebled damages attributable to these two Defendants equals $2,773,458.00 (Patent Act), and $30,188,979.00 (Lanham Act), for a total of $32,962,437.00.[3]

## Attorneys' Fees and Costs

Plaintiff seeks attorneys' fees and costs to the prevailing party in the amount of $133,226.06, which is supported by detailed time records of the individuals who worked on the case and by a list of itemized costs. The Court finds that Plaintiff is the prevailing party and that the fees and costs are reasonable given the fact that there is no opposition to the request.

It is therefore **ORDERED AND ADJUDGED** as follows:

(1) Plaintiff Vax-D's Motion for Entry of Judgment on Damages and to Tax Costs and Attorneys' Fees Against Defendants Daniel Boudreau and Texas Spine Medical Center (Dkt. 275) is **GRANTED**.

(2) The clerk shall direct a judgment for damages in favor of Plaintiff and against Defendants Daniel Boudreau and Texas Spine Medical Center in the amount of **$32,962,437.00**, and in the amount of **$133,226.06**, for attorneys' fees and costs, for a total of **$33,095,663.06**.

---

[3] Plaintiff concedes that recovery for damages under Florida's Deceptive and Unfair Trade Practices Act would more than likely be duplicative and therefore does not request a separate amount of damages for those violations.

**DONE AND ORDERED** at Tampa, Florida, on August 23, 2007.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

Daniel Boudreau
P.O. Box 850187
Mesquite, TX 75185

Texas Spine Medical Centers
c/o Daniel Boudreau, D.O.
1915 N. Central Expressway, #300
Plano, TX 75075-6985

Texas Spine Medical Centers
c/o Daniel Boudreau, D.O.
P.O. Box 850187
Mesquite, TX 75187